# ILIFF, MEREDITH, WILDBERGER & BRENNAN, P.C.
ATTORNEYS AT LAW
PATRIOTS PLAZA, SUITES 201-203
8055 RITCHIE HIGHWAY
PASADENA, MARYLAND   21122

TELEPHONE 410-685-1166
FACSIMILE 410-685-1233

**Stephan Y. Brennan**  E-Mail: **steve@ilimer.com**

**Of Counsel**

**Charles E. Iliff, Jr.**

December 21, 2022

*VIA* **CM/ECF**

Honorable Peter J. Messitte
United States District Judge
United States Courthouse
6500 Cherrywood Lane
Suite 475
Greenbelt, Maryland 20770

    Re:    *Cosmo Import & Expert, LLC, et al. v. Stuart H. Anolik, et al.*
                 Civil Action No. 8:22-cv-01222-PJM

Dear Judge Messitte:

    I, along with Edwin R. Cottone, Esquire ("Mr. Cottone"), who is admitted *pro hac vice*, represent the Plaintiffs in this matter. Pursuant to the initial Scheduling Order issued by this Court on December 7, 2022 (ECF No. 29), Mr. Cottone and counsel for the Defendants, Andrew H. Marks, Esquire ("Mr. Marks") met and conferred by telephone for approximately 45 minutes on December 19, 2022 in order to address the four (4) items for which the initial Scheduling Order set a December 21, 2022 deadline.   These items are:

    Requests for modification of initial Scheduling Order;
    (Whether there is a) joint request for early settlement/ADR conference;
    Initial report whether there is unanimous consent to proceed before a United States Magistrate Judge; and
    Conference about discovery of electronically stored information.

    During the December 19, 2022 telephone conference, the parties identified several

Honorable Peter J. Messitte                                                                                    December 21, 2022

witnesses, whom the parties have a current intention to depose. The parties also identified several categories of documents, including electronically stored information, for production. The Defendants also indicated a current intention to join an additional party. Due primarily to the number of witnesses identified and the volume of documents, including electronically stored information, discussed during the December 19, 2022 conference, the parties agreed to request a 60-day extension of the deadlines in the initial Scheduling Order, with the exception of the January 23, 2023 deadline for moving to join additional parties that the parties request remain unchanged. Contemporaneous with filing this letter, I am also filing a Consent Motion for Modification of the Initial Scheduling Order that is consistent with the contents of this paragraph.

The parties agree that an early settlement/ADR conference, before a meaningful exchange of discovery, would not be productive. The parties, however, remain open to revisiting the scheduling of a settlement/ADR conference at a later point in this action.

The parties do not unanimously consent to proceed before a United State Magistrate Judge.

As stated, *supra*, the parties conducted an initial conference about, *inter alia*, discovery of electronically stored information on December 19, 2022. The parties intend to continue with discussions between counsel about discovery of electronically stored information, as necessary, in conformance with the Principles for the Discovery of Electronically Stored Information in Civil Cases ("ESI Discovery Principles") published on the court's website. Counsel for the parties reviewed the ESI Discovery Principles in connection with the December 19, 2022 conference and discussed the ESI Discovery Principles during this initial conference.

Very truly yours,

　　/s/ Stephan Y. Brennan
Stephan Y. Brennan
Federal Bar No. 23597

SYB:sb

cc.   Edwin R. Cottone, Esquire, co-counsel for Plaintiffs (*via* electronic service through CM/ECF)
      Andrew H. Marks, Esquire, counsel for Defendants (*via* electronic service through CM/ECF)